Certificate Number: 12433-PAM-DE-033908153

Bankruptcy Case Number: 19-04962



12433-PAM-DE-033908153

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on January 5, 2020, at 2:45 o'clock PM EST, Deborah J. Sanchez completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 5, 2020  By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher