UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: BRUNO SANCHEZ and DEBORAH JILL SANCHEZ | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| | : | |
| CHARLES J. DEHART, III STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| BRUNO SANCHEZ and DEBORAH JILL SANCHEZ | : | |
| Respondent(s) | : | CASE NO.  5-19-bk-04962 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

　　　　　AND NOW, this   13th   day of January, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

　　　　　1.  Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

　　　　　2.  Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

　　　　　　　a.  Paystub for month ending January 31, 2020.

　　　　　WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

　　　　　　　a.  Deny confirmation of debtor(s) plan.
　　　　　　　b.  Dismiss or convert debtor(s) case.
　　　　　　　c.  Provide such other relief as is equitable and just.

　　　　　　　　　　　　　　　　Respectfully submitted:


　　　　　　　　　　　　　　　　/s/Charles J. DeHart, III
　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　8125 Adams Drive, Suite A
　　　　　　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　　　　　　(717) 566-6097

CERTIFICATE OF SERVICE

   AND NOW, this 17th day of January, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Vincent Rubino, Esquire
712 Monroe Street
P.O. Box 511
Stroudsburg, PA 18360

                /s/Deborah A. Behney
                Office of Charles J. DeHart, III
                Standing Chapter 13 Trustee