```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                          Case No. 19-04962-RNO
Bruno Sanchez                                                   Chapter 13
Deborah Jill Sanchez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2     Date Rcvd: Jan 15, 2020
                   Form ID: ntcnfhrg     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2020.

```
db/jdb         +Bruno Sanchez,    Deborah Jill Sanchez,    1421 Sunset Lane,    Stroudsburg, PA 18360-7824
5272883        +AMERICAN EXPRESS HEAD OFFICE,    WORLD FINANCIAL CENTER,    200 VESEY STREET,
                 NEW YORK, NY 10285-1000
5288705         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
5272884        +BANK OF AMERICA,    PO BOX 15284,    WILMINGTON, DE 19850-5284
5288464        +Bank of America, N.A.,     P O Box 982284,    El Paso, TX 79998-2284
5272885        +CITIBANK NA,    701 EAST 60TH STREET NORTH,    SIOUX FALLS, SD 57104-0493
5272886        +GC SERVICES LP,    6330 GULFTON,    HOUSTON, TX 77081-1198
5272887        +JPMORGAN CHASE BANK,    PO BOX 182613,    COLUMBUS, OH 43218-2613
5281453        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5272890         MOHELA/DEPT OF ED,    633 SPIRIT DR,    CHESTERFIELD, MO 63005-1243
5272891       ++NBT BANK NA,    52 SOUTH BROAD STREET,    NORWICH NY 13815-1699
                 (address filed with court:   NBT BANK,     LOAN OPERATION,    PO BOX 149,    CANAJOHARIE, NY 13317)
5272893        +PA DEPT OF REVENUE,    BUREAU OF COLLECTIONS,    PO BOX 281041,    HARRISBURG, PA 17128-1041
5272894         PHH MORTGAGE SERVICES,    2001 LEADENHALL RD,    MOUNT LAUREL, NJ 08054
5272896        +RADIUS GLOBAL SOLUTIONS,    9550 REGENCY SQUARE BLVD,    SUITE 500A,
                 JACKSONVILLE, FL 32225-8169
5272897         REGIONAL FOOT & ANKLE CTR,    1439 MONROE AVE, SUITE 3,    DUNMORE, PA 18509-2497
5272898         US DEPT OF EDUCATION,    PO BOX 16448,    SAINT PAUL, MN 55116-0448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5272888         E-mail/Text: camanagement@mtb.com Jan 15 2020 20:44:13      M&T BANK,
                 LENDING SERVICES, CUSTOMER SUPPORT,    POST OFFICE BOX 1288,    BUFFALO, NY 14240-1288
5272889         E-mail/Text: camanagement@mtb.com Jan 15 2020 20:44:13      MANUFACTURERS & TRADERS TRUST CO.,
                 35 WASHINGTON AVENUE,    ENDICOTT, NY 13760-5300
5279988        +E-mail/Text: bankruptcy@nbtbank.com Jan 15 2020 20:45:24      NBT Bank NA,    52 South Broad St,
                 Norwich, NY 13815-1699
5272892         E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jan 15 2020 20:45:44
                 PA DEPT OF LABOR & INDUSTRY,    651 BOAS STREET,    HARRISBURG, PA 17121-0750
5285591         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 15 2020 20:48:33
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5272895         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 15 2020 20:50:41
                 PORTFOLIO RECOVERY ASSOCIATES LLC P,    PO BOX 41067,    NORFOLK, VA 23541-1067
5278083        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 15 2020 20:44:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                                TOTAL: 7
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-5           User: AutoDocke            Page 2 of 2                   Date Rcvd: Jan 15, 2020
                               Form ID: ntcnfhrg          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Thomas  Song    on behalf of Creditor     PHH Mortgage Corporation pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 2 Deborah Jill Sanchez
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
              Vincent  Rubino    on behalf of Debtor 1 Bruno  Sanchez
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
                                                                                              TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Bruno Sanchez,

**Debtor 1**

Deborah Jill Sanchez,
aka Deborah J. Cohen, aka Deborah J. Sanchez, aka Deborah Jill Cohen,

**Debtor 2**

Chapter 13

Case No. 5:19–bk–04962–RNO

# Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **February 26, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom #2, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: March 4, 2020 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes–Barre, PA 18701 (570) 831–2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DeborahGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 15, 2020 |

ntcnfhrg (03/18)