| | |
|---|---|
| Fill in this information to identify the case: | |
| Debtor 1 | **BRUNO SANCHEZ** |
| Debtor 2 | **DEBORAH JILL SANCHEZ AKA DEBORAH J. COHEN AKA DEBORAH J. SANCHEZ AKA DEBORAH JILL COHEN** |
| (Spouse, if filing) | |
| United States Bankruptcy Court for the: **MIDDLE** | District of: **PA** (State) |
| Case number **19-04962-MJC** | |

# Form 4100R
## Response to Notice of Final Cure Payment                          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-RP5 c/o Rushmore Loan Management Services, LLC

**Court claim no.** (if known): 09

**Last 4 digits** of any number you use to identify the debtor's account: 9 6 1 8

**Property address:** 1421 SUNSET LANE
Number    Street

STROUDSBURG    PA    18360
City           State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____ MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total post-petition ongoing payments due:                                         (a) $ 0.00
b. Total fees, charges, expenses, escrow, and costs outstanding:   **NOTICE OF PPFN FILED ON 04/09/2020*   + (b) $ 800.00
c. **Total**. Add lines a and b.                                                      (c) $ 800.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    **01/01/2023**
MM / DD / YYYY

| Debtor 1 | **BRUNO SANCHEZ, ET AL.** | Case number (*if known*) **19-04962-MJC** |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Sarah K. McCaffery, Esquire     Date  12/28/2022
  Signature

Print    Sarah K. McCaffery, Esquire                Title   Attorney
         First Name   Middle Name   Last Name

Company  Hladik, Onorato & Federman, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  298 Wissahickon Avenue
         Number           Street

         North Wales, PA 19454
         City                     State    ZIP Code

Contact phone ( 215 ) 855 – 9521           Email smccaffery@hoflawgroup.com

---

Form 4100R                    **Response to Notice of Final Cure Payment**                    page **2**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Bruno Sanchez<br>    Deborah Jill Sanchez<br>    aka Deborah J. Cohen<br>    aka Deborah J. Sanchez<br>    aka Deborah Jill Cohen<br>               Debtor<br>U.S. Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-RP5 c/o Rushmore Loan Management Services, LLC<br>               Movant<br>        vs.<br><br>Bruno Sanchez<br>Deborah Jill Sanchez<br>aka Deborah J. Cohen<br>aka Deborah J. Sanchez<br>aka Deborah Jill Cohen<br>             Debtor/Respondent<br>       and<br>Jack N. Zaharopoulos, Esquire<br>             Trustee/Respondent | : Bankruptcy No. 5:19-bk-04962-MJC<br>: Chapter 13<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Sarah K. McCaffery, Esquire, hereby certify that I caused to be served true and correct copies of the **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** at the respective last known address of each person set forth below on December 28, 2022:

Vincent Rubino, Esquire  
Via Electronic Filing  
*Attorney for Debtors*

Bruno Sanchez  
Deborah Jill Sanchez, et al.  
1421 Sunset Lane  
Stroudsburg, PA 18360

Jack N. Zaharopoulos, Esquire  
Via Electronic Filing  
*Trustee*

Via First Class Mail  
*Debtors*

Date: 12/28/2022

Respectfully Submitted,  
/s/Sarah K. McCaffery, Esquire  
Sarah K. McCaffery, Esquire  
Hladik, Onorato & Federman, LLP  
298 Wissahickon Avenue  
North Wales, PA 19454  
Phone 215-855-9521  
Fax 215-855-9121