United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Bruno Sanchez  
Deborah Jill Sanchez  
    Debtors

Case No. 19-04962-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jan 09, 2023      Form ID: 3180W      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bruno Sanchez, Deborah Jill Sanchez, 1421 Sunset Lane, Stroudsburg, PA 18360-7824 |
| 5272891 | ++ | NBT BANK NA, 52 SOUTH BROAD STREET, NORWICH NY 13815-1699 address filed with court:, NBT BANK, LOAN OPERATION, PO BOX 149, CANAJOHARIE, NY 13317 |
| 5272892 | | PA DEPT OF LABOR & INDUSTRY, 651 BOAS STREET, HARRISBURG, PA 17121-0750 |
| 5272893 | + | PA DEPT OF REVENUE, BUREAU OF COLLECTIONS, PO BOX 281041, HARRISBURG, PA 17128-1041 |
| 5272894 | | PHH MORTGAGE SERVICES, 2001 LEADENHALL RD, MOUNT LAUREL, NJ 08054 |
| 5272897 | | REGIONAL FOOT & ANKLE CTR, 1439 MONROE AVE, SUITE 3, DUNMORE, PA 18509-2497 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5272883 | + | Email/PDF: bncnotices@becket-lee.com | Jan 09 2023 18:56:11 | AMERICAN EXPRESS HEAD OFFICE, WORLD FINANCIAL CENTER, 200 VESEY STREET, NEW YORK, NY 10285-1000 |
| 5288705 | | Email/PDF: bncnotices@becket-lee.com | Jan 09 2023 18:45:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5272884 | + | EDI: BANKAMER.COM | Jan 09 2023 23:44:00 | BANK OF AMERICA, PO BOX 15284, WILMINGTON, DE 19850-5284 |
| 5288464 | + | EDI: BANKAMER2.COM | Jan 09 2023 23:44:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5272885 | + | EDI: CITICORP.COM | Jan 09 2023 23:44:00 | CITIBANK NA, 701 EAST 60TH STREET NORTH, SIOUX FALLS, SD 57104-0432 |
| 5272886 | | Email/Text: GCSBankruptcy@gcserv.com | Jan 09 2023 18:43:00 | GC SERVICES LP, 6330 GULFTON, HOUSTON, TX 77081 |
| 5272887 | | EDI: JPMORGANCHASE | Jan 09 2023 23:44:00 | JPMORGAN CHASE BANK, PO BOX 182613, COLUMBUS, OH 43218 |
| 5281453 | + | Email/Text: RASEBN@raslg.com | Jan 09 2023 18:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5272888 | | Email/Text: camanagement@mtb.com | Jan 09 2023 18:44:00 | M&T BANK, LENDING SERVICES, CUSTOMER SUPPORT, POST OFFICE BOX 1288, BUFFALO, NY 14240-1288 |
| 5295316 | | Email/Text: camanagement@mtb.com | Jan 09 2023 18:44:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 5272889 | | Email/Text: camanagement@mtb.com | Jan 09 2023 18:44:00 | MANUFACTURERS & TRADERS TRUST CO., 35 WASHINGTON AVENUE, ENDICOTT, NY 13760-5300 |
| 5291117 | + | Email/Text: camanagement@mtb.com | Jan 09 2023 18:44:00 | M&T BANK, PO BOX 1508, BUFFALO, NY |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 14240-1508 |
| 5272890 | | Email/Text: EBN@Mohela.com | Jan 09 2023 18:43:00 | MOHELA/DEPT OF ED, 633 SPIRIT DR, CHESTERFIELD, MO 63005-1243 |
| 5279988 | + | Email/Text: bankruptcy@nbtbank.com | Jan 09 2023 18:44:00 | NBT Bank NA, 52 South Broad St, Norwich, NY 13815-1699 |
| 5363496 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 09 2023 18:43:00 | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5363497 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 09 2023 18:43:00 | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5293823 | | EDI: LCIPHHMRGT | Jan 09 2023 23:44:00 | PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 5285591 | | EDI: PRA.COM | Jan 09 2023 23:44:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5272895 | | EDI: PRA.COM | Jan 09 2023 23:44:00 | PORTFOLIO RECOVERY ASSOCIATES LLC P, PO BOX 41067, NORFOLK, VA 23541-1067 |
| 5278083 | + | EDI: PENNDEPTREV | Jan 09 2023 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5278083 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 09 2023 18:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5272896 | + | Email/Text: ngisupport@radiusgs.com | Jan 09 2023 18:43:00 | RADIUS GLOBAL SOLUTIONS, 9550 REGENCY SQUARE BLVD, SUITE 500A, JACKSONVILLE, FL 32225-8116 |
| 5458886 | + | Email/Text: flyersprod.inbound@axisai.com | Jan 09 2023 18:44:00 | U.S. Bank Trust National Association et al, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, PA 92619, U.S. Bank Trust National Association et, c/o Rushmore Loan Management Services 92619-5004 |
| 5458885 | + | Email/Text: flyersprod.inbound@axisai.com | Jan 09 2023 18:44:00 | U.S. Bank Trust National Association et al, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, PA 92619-5004 |
| 5272898 | | Email/Text: EDBKNotices@ecmc.org | Jan 09 2023 18:43:00 | US DEPT OF EDUCATION, PO BOX 16448, SAINT PAUL, MN 55116-0448 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citigroup Mortgage Loan Trust 2021-RP5 |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 5291417 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5330680 | * | PA Department of Labor & Industry, 651 Boas Street, Harrisburg, PA 17121-0750 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2023        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Karina Velter | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-RP5 kvelter@pincuslaw.com, ckohn@hoflawgroup.com |
| Mario J. Hanyon | on behalf of Creditor PHH Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Robert J Kidwell, III | on behalf of Debtor 2 Deborah Jill Sanchez rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Bruno Sanchez rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| Sarah K. McCaffery | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-RP5 ckohn@hoflawgroup.com |
| Thomas Song | on behalf of Creditor PHH Mortgage Corporation tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 2 Deborah Jill Sanchez lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 1 Bruno Sanchez lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 11

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Bruno Sanchez<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9345<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | Deborah Jill Sanchez<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–3918<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19-bk-04962-MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Bruno Sanchez

Deborah Jill Sanchez
aka Deborah J. Cohen, aka Deborah J. Sanchez, aka Deborah Jill Cohen

1/9/23

**By the court:**

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W     **Chapter 13 Discharge**     page 2